UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MIRELLE POLIARD,

                Plaintiff,

                                **ORDER**
v.                           11-CV-5174 (MKB)

SAINTILUS DAY CARE CENTER, INC.,

                Defendant.

-----------------------------------------------------------------x

MARGO K. BRODIE, United States District Judge:

        The Report and Recommendation of Magistrate Judge Louis Bloom dated March 7, 2013, to which no objections have been filed, is adopted in its entirety. The Court grants Plaintiff's motion for a default judgment and directs the Clerk of Court to enter judgment in the amount of $64,878.18, consisting of $53,600 in back pay, $1,278.18 in pre-judgment interest and $10,000 in emotional distress damages.

SO ORDERED:

/S/ Judge Margo K. Brodie

_____
MARGO K. BRODIE
United States District Judge

Dated: April 2, 2013
       Brooklyn, New York